IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              No. 4:15-cr-62-DPM-2

CHRISTINE HALTON                                                DEFENDANT

## ORDER

Halton asks for early termination of her supervised release. She's served more than half of her four-year term. The Probation Office supports early termination, but the United States does not.

Halton's motion, *Doc. 81*, is granted. There is no need for a hearing. 18 U.S.C. § 3583(e)(1). The conspiracy she pleaded guilty to involved kilograms of methamphetamine and she has a long criminal history. That weighs against early termination. On the other hand, most of her past criminal behavior appears to be tied to her addiction to methamphetamine. Halton hasn't tested positive for methamphetamine since being on supervised release. She is a fifty-three-year-old grandmother on Social Security disability. She spends her days helping her daughter, who suffers from health issues, and taking her grandkids to and from school.

All material things considered, the interests of justice favor granting the motion. 18 U.S.C. § 3583(e). Halton's supervised release is ended.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 May 2023